IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BYRON WOOTEN,

    Petitioner,

v.

HENRY J. MARQUEZ,

    Respondent.

                                           /

No. C 13-05061 DMR (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE HIS PETITION**

On February 5, 2014, the Court issued an Order of Dismissal With Leave to Amend, directed the Clerk of the Court to reclassify this case as a habeas action, and instructed Petitioner to complete a 28 U.S.C. § 2254 habeas petition form within twenty-eight days.

Before the Court is Petitioner's motion for an extension of time to file his petition.

Good cause appearing, the request is GRANTED. The time in which Petitioner may file his petition will be extended to **May 5, 2014.**

If Petitioner fails to file a completed § 2254 habeas petition form by the deadline above, this case will be closed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962) (pursuant to Rule 41(b), a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with a court order); *see also Malone v. United States Postal Serv.*, 833 F.2d 128, 133 (9th Cir. 1987) (the district court should afford the litigant prior notice before dismissing for failure to prosecute).

The Clerk shall send Petitioner a blank § 2254 habeas petition form.

1     This Order terminates Docket No. 14.

2     IT IS SO ORDERED.

3 Dated: March 10, 2014

                                      DONNA M. RYU
                                      United States Magistrate Judge

**United States District Court**
For the Northern District of California